No. 94–5554. HUBBARD v. ROESCH. C. A. 6th Cir. Certiorari denied.

No. 94–5556. HANNA, AKA WEECH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5558. THODY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5559. GARCIA TOVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5561. BOYD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5562. BRAGGS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5563. BROWN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 94–5564. CLYBURN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5565. CARRIO v. HEMSTREE ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–5566. TAPIA-HERNANDEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5567. JAVIER VALENZUELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5568. WAINWRIGHT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5569. COLEMAN v. PETERS, SUPERINTENDENT, WATERTOWN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–5570. PERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5571. MCKNIGHT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5572. LONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.